**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

FERNANDO GARCIA ARMENTA and NOE ESCAMILLA VILLANO, individually and onbehalf of others similarly situated,

Plaintiffs,

-against-

LA CORNELIA LLC (D/B/A TACOMBI), DIETER WIECHMANN (A.K.A. DARIO), GABRIELLA DIPIETRO, and ERIC DOE,

Defendants.
--------------------------------------------------------X

Case No. 1:20-cv-03767 (VEC)

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

Plaintiffs FERNANDO GARCIA ARMENTA and NOE ESCAMILLA VILLANO, through their undersigned counsel, hereby notify the Court that on or about August 20, 2020, said Plaintiffs accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $7,000.00. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; and (c) a Proposed Order entering judgment pursuant to said Offer and Acceptance.

Dated: August 20, 2020.

/s/ Jordan Gottheim
Jordan Gottheim, Esq.
Michael Faillace & Associates PC
60 East 42nd Street, Ste. 4510
New York, New York 10165
Tel: (212) 317-1200 ext. 104
Email: jgottheim@faillacelaw.com
*Counsel for Plaintiffs*