USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------

FERNANDO GARCIA ARMENTA and NOE ESCAMILLA VILLANO, individually and on behalf of others similarly situated,

    Plaintiffs,

-against-

LA CORNELIA LLC (D/B/A TACOMBI),
DIETER WIECHMANN (A.K.A. DARIO),
GABRIELLA DIPIETRO, and ERIC DOE,

    Defendants.
-----------------------------------------------------------X

Case No. 20-cv-3767 ~~1:19-cv-3767~~ (VEC)

~~(PROPOSED)~~ **JUDGMENT**

WHEREAS on or about August 20, 2020, Defendants LA CORNELIA LLC (D/B/A TACOMBI), DIETER WIECHMANN (A.K.A. DARIO), GABRIELLA DIPIETRO, and ERIC DOE extended to Plaintiffs FERNANDO GARCIA ARMENTA and NOE ESCAMILLA VILLANO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of seven thousand dollars and zero cents ($7,000.00), and whereas said Plaintiffs accepted said offer on or about August 20, 2020,

JUDGMENT shall be entered in favor said Plaintiffs against said Defendants in the amount of seven thousand dollars and zero cents ($7,000.00).

Dated: New York, New York

    August 21, 2020.

                                            _____
                                            VALERIE E. CAPRONI, U.S.D.J.